IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RAYMOND TURNER, # 262411,  )
                            )
        Petitioner,          )
                            )
v.                          )   Civil Action No. 2:16cv128-WHA
                            )              (WO)
MARY COOKS, *et al.*,        )
                            )
        Respondents.         )

## **ORDER**

On December 4, 2017, the Magistrate Judge filed a Recommendation (Doc. # 10) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 10) is ADOPTED;

(2) Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED; and

(3) This case is DISMISSED with prejudice, as the petition was filed after expiration of the one-year limitation period in 28 U.S.C. § 2244(d).

A separate final judgment will be entered.

DONE this 9th day of January, 2018.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE